AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
APR 27 2007
District of Rhode Island

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

SOUVANH KEOSOUVANH

## WARRANT FOR ARREST

CASE NUMBER: 1:07MJ42A

To: The United States Marshall
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest SOUVANH KEOSOUVANH
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her (brief description of offense)

WITH CONSPIRACY TO OBSTRUCT, DELAY AND AFFECT COMMERCE BY ROBBERY; CONSPIRACY TO POSSESS 500 GRAMS OR MORE OF COCAINE WITH INTENT TO DISTRIBUTE; AND POSSESSING A FIREARM IN AND AFFECTING COMMERCE HAVING BEEN PREVIOUSLY CONVICTED OF A FELONY.

in violation of Title 18 United States Code, Section(s) 1951 and 922(g)(1); and 21 United States Code Section(s) 841(a), (b)(1)(B) and 846.

LINCOLN D. ALMOND
Name of Issuing Officer

USMJ
Title of Issuing Officer

[signature]
Signature of Issuing Officer

4/27/07 Prov, RI
Date and Location

Bail fixed at $ ____________ by ____________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at 71 Freeway Dr. Cranston, RI. | | |
| DATE RECEIVED 4/27/07 | NAME AND TITLE OF ARRESTING OFFICER Ed Troiano | SIGNATURE OF ARRESTING OFFICER E. Troiano |
| DATE OF ARREST 4/26/07 | Special Agent | |

This form was electronically produced by Elite Federal Forms, Inc.