AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

UNITED STATES OF AMERICA
V.
Souvanh Keosouvanh

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: 1:07MJ42A

I, Souvanh Keosouvanh, charged in a ☑ complaint ☐ petition pending in this District with conspir. Viol of Hobbs Act / Consp. to poss. 500 grams of crack w/ intd / Felon in poss. [illegible] in violation of Title 18 / 21, U.S.C., 1951, 922(g)(1) / 841 + 846,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☑ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☑ hearing.

[signature]
*Defendant*

5/1/07
*Date*

[signature]
*Counsel for Defendant*