**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA :**
**:**
**:**
**v. : CR. No. 1:07-M-42A**
**:**
**:**

**SOUVANH KEOSOUVANH :**
**:**

**MOTION TO EXCLUDE CERTAIN TIME**
**UNDER THE SPEEDY TRIAL ACT**

The defendant Souvanh Keosouvanh by and through his attorney, Mary S. McElroy, Esq., Assistant Federal Defender moves the Court to exclude the period September 13, 2007 through October 4, 2007 from the thirty day period within which an information or an indictment must be filed against the defendant pursuant to 18 U.S.C. § 3161(b). As grounds for this motion, the defendant states as follows:

The government and the defendant are currently engaged in plea negotiations, which may lead to the prompt resolution of the charges filed by complaint in this matter, thereby conserving judicial resources. These plea negotiations, however, are not yet complete, because, inter alia, defense counsel is still in the process of reviewing and evaluating the voluminous recordings made in connection with this case, and discussing those recordings and their implications with the defendant.

The parties therefore request that a short period of additional time, September 13, 2007 through October 2, 2007, be excluded from the time by which the defendant must be charged by information or indictment, so that the possibility of a plea may be fully

explored and judicial resources potentially conserved.

Accordingly, the ends of justice will be served by excluding the afore-mentioned time period, and such ends of justice outweigh the interest of the defendant and the public in a speedy indictment and/or trial. A proposed Order will be submitted to the Court.

Respectfully submitted,
Souvanh Keosouvanh
By his Attorney,

/s/ Mary S.McElroy

Mary S. McElroy, 4830

Assistant Federal Defender

10 Weybosset Street

Suite 300

Providence, RI 02903

Tele: (401) 528-4281

Dated: September 17, 2007

Certification

I certify that the above motion was delivered by ECF to Peter Neronha, Assistant United States Attorney on September 17, 2007.

/s/ Mary S. McElroy