IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CR 07 138 S

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CR. No. |
| | : | |
| | : | In violation of 18 U.S.C. |
| v. | : | §§ 1951, 924(c) and 922(g)(1); |
| | : | 21 U.S.C. §§ 841(a) and |
| | : | (b)(1)(A) and (b)(1)(C) and |
| | : | 846 |
| | : | |
| SOUVANH KEOSOUVANH | : | |

FILED
OCT 24 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury charges that:

COUNT 1

From a time unknown up to and including April 26, 2007, in the District of Rhode Island, the defendant, SOUVANH KEOSOUVANH, did knowingly, intentionally and willfully combine, conspire, confederate and agree with Nheat Nhim, Vixay Phommarath and Khek Choummalaithong, co-conspirators but not named defendants, to knowingly and intentionally possess with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(A);

all in violation of Title 21, United States Code, Section 846.

COUNT 2

On or about April 26, 2007, in the District of Rhode Island, the defendant, SOUVANH KEOSOUVANH, did knowingly possess a firearm, to wit: a Smith and Wesson, model 469, 9 mm semi-automatic pistol, serial number TAB4498, in furtherance of a drug trafficking crime, to wit: a violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment;

all in violation of Title 18, United States Code, Section 924(c).

COUNT 3

From a time unknown up to and including April 26, 2007, in the District of Rhode Island, the defendant, SOUVANH KEOSOUVANH, did knowingly, intentionally and willfully combine, conspire, confederate and agree with Nheat Nhim, Vixay Phommarath and Khek Choummalaithong, co-conspirators but not named defendants, to obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1);

all in violation of Title 18, United States Code, Section 1951.

COUNT 4

On or about April 26, 2007, in the District of Rhode Island, the defendant, SOUVANH KEOSOUVANH, did knowingly possess a firearm, to wit: a Smith and Wesson, model 469, 9 mm semi-automatic pistol, serial number TAB4498, in furtherance of a crime of violence, to wit: a violation of Title 18, United States Code, Section 1951 as set forth in Count 3 of this Indictment;

all in violation of Title 18, United States Code, Section 924(c).

COUNT 5

On or about April 26, 2007, in the District of Rhode Island, the defendant, SOUVANH KEOSOUVANH, having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Smith and Wesson, model 469, 9 mm semi-automatic pistol, serial number TAB4498;

all in violation of Title 18, United States Code, Section 922(g)(1).

COUNT 6

On or about March 21, 2007, in the District of Rhode Island, the defendant, SOUVANH KEOSOUVANH, did knowingly and intentionally distribute a mixture and substance containing a

detectable amount of Methylenedioxymethamphetamine, a Schedule I controlled substance;

all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 7

On or about March 28, 2007, in the District of Rhode Island, the defendant, SOUVANH KEOSOUVANH, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of Methylenedioxymethamphetamine, a Schedule I controlled substance;

all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 8

On or about April 2, 2007, in the District of Rhode Island, the defendant, SOUVANH KEOSOUVANH, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of Methylenedioxymethamphetamine, a Schedule I controlled substance;

all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 9

On or about April 13, 2007, in the District of Rhode Island, the defendant, SOUVANH KEOSOUVANH, did knowingly and intentionally distribute a mixture and substance containing a

detectable amount of Methylenedioxymethamphetamine, a Schedule I controlled substance;

all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

PETER F. NERONHA
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Chief, Criminal Division

Dated: October 24, 2007