PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ INFORMATION ☒ INDICTMENT ☐ COMPLAINT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added

☐ Indictment ☐ Charges/Counts Added

☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE

☐ U.S. Atty ☐ Other U.S. Agency

Phone No.

Name of Asst. U.S. Attorney (if assigned): PETER F. NERONHA

CASE NO.

USA vs.

Defendant: SOUVAHN KEOSOUVANH

A

REDACTED

[

E
[

Alien
ıpplicable)

S

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Alcohol, Tobacco, Firearms, and Explosvies

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☒ this prosecution relates to a pending case ~~involving this same defendant.~~ (Notice of Related Case must still be filed with the Clerk.)

☑ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO. 1:07-MJ-42A

Place of offense County

Issue: ☐ Warrant ☐ Summons

Location Status:

Arrest Date ______ or Date Transferred to Federal Custody ______

☑ Currently in Federal Custody

☐ Currently in State Custody

☐ Writ Required

☐ Currently on bond

☐ Fugitive

Defense Counsel (if any): Mary McElroy

☑ FPD ☐ CJA ☐ RET'D

☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 9

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | | | ☒ Felony ☐ Misdemeanor |
| | SEE ATTACHMENT | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| * | Related to: | CR07-126S, CR07-128S | ☐ Felony ☐ Misdemeanor |
| | | CR07-130S. | ☐ Felony ☐ Misdemeanor |

# OFFENSES CHARGED

**COUNT 1 - 21 U.S.C. § 846**

**CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE 5 KILOGRAMS OR MORE OF COCAINE**

Penalties: 40 Years Imprisonment (10 Year Mandatory Minimum), 4 Years Supervised Release, $2,000,000 Fine, $100 Special Assessment

**COUNT 2 - 18 U.S.C. § 924(c)**

**USE OF FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME**

Penalties: 5 years to life imprisonment consecutive to Count; $250,000 fine; 5 years supervised release; $100 special assessment

**COUNT 3 - 18 U.S.C. § 1951**

**18 USC 1951 - CONSPIRACY TO OBSTRUCT, DELAY AND AFFECT COMMERCE BY ROBBERY**

Penalties: 20 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment

**COUNT 4 - 18 U.S.C. § 924(c)**

**USE OF FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME**

Penalties: 5 years to life imprisonment consecutive to Count 3; $250,000 fine; 5 years supervised release; $100 special assessment

**COUNT 5 - 18 USC 922(g)(1)**

**FELON IN POSSESSION OF A FIREARM**

Penalties: 10 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment

**<u>COUNTS 6-9</u> - 21 USC 841(a)(1) and (B)(1)(C)**

**POSSESSION WITH INTENT TO DISTRIBUTE A MIXTURE AND SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF COCAINE, A SCHEDULE II CONTROLLED SUBSTANCE**

Penalties: 20 years imprisonment; $1,000,000 fine; at least 3 years to life supervised release; $100 special assessment

**ESTIMATED TRIAL DAYS: 5**