**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **No. 07-138-1-S** |
| | ) | |
| **SOUVANH KEOSOUVANH** | ) | |

## MOTION TO CONTINUE EMPANELMENT

Now comes the accused, Souvanh Keosouvanh, by and through his counsel, and moves this Honorable Court to continue this matter currently scheduled for empanelment for January 8, 2007 for an additional sixty (60) days. This Motion is filed in conjunction with a Motion for Enlargement of Time For Filing Pretrial Motions. In addition, in both motions the accused moves this Court for the exclusion of a total period of 60 days under the Speedy Trial Act.

In support of this motion counsel states that she needs the additional time to review and discuss with the defendant additional discovery recently received from the government.

The Government and public will not be prejudiced by the delay, but will be benefitted by the assurance that the criminal justice system is dedicated to fairness for all parties. As such, the interests of justice in allowing this excludable time outweigh the interests of the public and the defendant in a speedy trial.

The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 USC § 3161(h)(8).

The Government, through Assistant United States Attorney Peter Neronha, indicates it has no objection to the granting of this motion.

Respectfully submitted
Souvanh Keosouvanh
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Peter Neronha, AUSA on the 30th day of November 2007.

/s/ Mary S. McElroy