**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **No. 07-138-1-S** |
| | ) | |
| **SOUVANH KEOSOUVANH** | ) | |

## MOTION TO CONTINUE EMPANELMENT AND ENLARGE TIME FOR FILING PRETRIAL MOTIONS

Now comes the accused, Souvanh Keosouvanh, by and through his counsel, and moves this Honorable Court to continue this matter currently scheduled for empanelment for April 3, 2008 for an additional sixty (60) days and to enlarge the time for filing pretrial motions for an additional sixty (60) days as well.

In support of this motion counsel states that she has recently received additional evidence that requires further investigation and consultation with an expert. The additional time is required to retain and consult with the expert. Because of the lengthy minimum sentence Mr. Keosouvanh faces if convicted additional time is needed to further investigate.

The Government and public will not be prejudiced by the delay, but will be benefitted by the assurance that the criminal justice system is dedicated to fairness for all parties. As such, the interests of justice in allowing this excludable time outweigh the interests of the public and the defendant in a speedy trial. The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 USC § 3161(h)(8).

The Government, through Assistant United States Attorney Peter Neronha, indicates it has no objection to the granting of this motion.

Respectfully submitted
Souvanh Keosouvanh
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Peter Neronha, AUSA on the 10th[h] day of March 2008.

/s/ Mary S. McElroy