**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS.** **CR 07-138S**

**SOUVANH KEOSOUVANH**

---

**MOTION TO SEVER COUNT FIVE**

Now comes the defendant, Souvanh Keosouvanh, by and through his attorney and moves this honorable court pursuant to Federal Rules of Criminal Procedure 8 and 14 to sever count five from the remaining counts of the indictment. In support of this motion Mr. Keosouvanh asserts that joinder of this count would necessarily deprive him of a fair trial on the remaining counts.

Count five of the indictment charges that Mr. Keosouvanh, "having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting commerce, a firearm,..." The proof of that charge necessarily requires proof that Mr. Keosouvanh is a convicted felon.

The fact that Mr. Keosouvanh is a convicted felon is not otherwise admissible in the government's proof of the remaining counts. Mr. Keosouvanh's trial on the remaining counts would be unduly prejudiced by the admission of such evidence. In order for the government to convict Mr. Keosouvanh of count five it must prove not only that Mr. Keosouvanh possessed a firearm but also that he is a convicted felon. If the jury was advised of Mr. Keosouvanh's felony conviction it would necessarily deprive him of a "fair trial and result in a miscarriage of justice." *United States v. McLaughlin*, 957 F.2d 12, 18 (1st Cir. 1992).

The joinder of this charge to the other charges in the indictment would result in unwarranted prejudice to Mr. Keosouvanh. The court cannot cure the problem of the extreme prejudice in this case by instructing the jury to use the information for a limited purpose. "To tell a jury to ignore the defendant's prior conviction in determining whether he or she committed the offense being tried is to ask human beings to act with a measure of dispassion and exactitude well beyond mortal capacities." *United States v. Daniels*, 770 F.2d 1111, 1118 (D.C. Cir. 1985).

Souvanh Keosouvanh
By His attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281
(401) 528-4285 fax
Mary_mcelroy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within Motion to be delivered to Peter Neronha, AUSA by way of ECF filing on May 15, 2008

/s/Mary S. McElroy