**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS.** **CR 07-138S**

**SOUVANH KEOSOUVANH**

---

**MOTION IN LIMINE TO EXCLUDE**
**TESTIMONY OF ROBERT HATHAWAY**

Now comes the defendant, Souvanh Keosouvanh, by and through his attorney and moves this honorable court to enter an order precluding the government or any of its witnesses from admitting any evidence of the guns allegedly possessed by the unindicted co defendants in this case. Mr. Keosouvanh specifically requests that the government be precluded from calling Robert Hathaway to testify about test fires he performed on the guns allegedly possessed by the co defendants. In support of this motion Mr. Keosouvanh incorporates the attached Memorandum of Law.

SOUVANH KEOSOUVANH
By His attorney,

/s/Mary S. McElroy, Esquire
Assistant Federal Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281
(401) 528-4285 fax
Mary_mcelroy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within Motion to be delivered to Peter Neronha, AUSA on May 19th 2008.

/s/Mary S. McElroy, Esquire

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS.** **CR 07-138S**

**SOUVANH KEOSOUVANH**

---

**MEMORANDUM IN SUPPORT OF MOTION IN LIMINE**
**TO EXCLUDE TESTIMONY OF ROBERT HATHAWAY**

The defendant, Souvanh Keosouvanh has moved that this honorable court enter an order precluding the government or any of its witnesses from admitting any evidence of the guns allegedly possessed by the unindicted co defendants in this case. Mr. Keosouvanh specifically requests that the government be precluded from calling Robert Hathaway to testify about the test fire performed on those guns.

Mr. Keosouvanh asserts that this evidence is irrelevant to any of the issues presented in this case and is inadmissible under Rule 402 of the Federal Rules of Evidence. Mr. Keosouvanh is charged with two counts of violating 18 U.S.C. 924( c) as well as one count of violating 18 U.S.C. 922. All of those counts involve a gun described as "a Smith and Wesson, model 469, 9 mm semi-automatic pistol, serial number TAB4498." That gun was a firearm provided by the government agent in this case. Mr. Keosouvanh is not charged with possession or use of any of the guns allegedly in the hands of the unindicted coconspirators.

Any evidence relating to these guns is wholly irrelevant. If there is any limited evidentiary value to testimony about those guns it substantially outweighed by the extreme prejudice that would result to Mr. Keosouvanh in admitting any evidence of those guns in this

case. The danger of confusing the jury would be significant.

As a result, Mr. Keosouvanh is requesting that this Court enter an order precluding the government from presenting any evidence on this issue.

SOUVANH KEOSOUVANH
By His attorney,

/s/Mary S. McElroy, Esquire
Assistant Federal Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281
(401) 528-4285 fax
Mary_mcelroy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within Motion to be delivered to Peter Neronha, AUSA on May 19th 2008.

/s/Mary S. McElroy, Esquire