UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

VS. : CR. No. 07-138-S

SOUVANH KEOSOUVANH :

MOTION FOR COMPETENCY EVALUATION

Now comes the defendant, Souvanh Keosouvanh, and through counsel, hereby moves this Honorable Court to order the Bureau of Prisons to conduct an evaluation of Mr. Keosouvanh to determine his competency pursuant to 18 U.S.C. § 4241 & § 4247 (2007). Mr. Keosouvanh submits the attached memo under seal in support of this motion.

Souvanh Keosouvanh,
By his Attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Peter Neronha, AUSA on the 19th day of May, 2008.

/s/ Mary S. McElroy