**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS.** **CR 07-138S**

**SOUVANH KEOSOUVANH**

---

**MOTION IN LIMINE TO EXCLUDE**
**REFERENCE TO GANG INVOLVEMENT**

Now comes the defendant, Souvanh Keosouvanh, by and through his attorney and moves this honorable court to enter an order precluding the government from admitting any evidence of his alleged involvement in a street

This motion is made pursuant to Rule 402 and Rule 403 of the Federal Rules of Evidence and is based upon the attached Memorandum of Law.

SOUVANH KEOSOUVANH
By His attorney,

/s/Mary S. McElroy, Esquire
Assistant Federal Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281
(401) 528-4285 fax
Mary_mcelroy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within Motion to be delivered to Peter Neronha, AUSA on May 19th 2008.

/s/Mary S. McElroy, Esquire

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS.** **CR 07-138 -S**

**SOUVANH KEOSOUVANH**

---

**MEMORANDUM IN SUPPORT OF**
**MOTION IN LIMINE TO EXCLUDE EVIDENCE**
**OF DEFENDANT'S ALLEGED GANG INVOLVEMENT**

Defendant, Souvanh Keosouvanh, submits this memorandum in support of his motion in limine to exclude any reference to his alleged involvement in the Laos Pride street gang. In the reports of investigation provided by the government in this case, agents reference their belief that Mr. Keosouvanh is involved in a street gang. No other evidence of his alleged involvement has been provided.

Obviously such a statement, made in front of the jury, would be extremely prejudicial to Mr. Keosouvanh. Since any reference to street gang involvement would be wholly irrelevant to the determination of any of the issues in this case and because of the prejudice that would result, Mr. Keosouvanh respectfully requests that this court enter an order precluding the government or any of its agents or witnesses from making such a reference.

SOUVANH KEOSOUVANH
By His attorney,

/s/Mary S. McElroy, Esquire
Assistant Federal Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281
(401) 528-4285 fax
Mary_mcelroy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within Motion to be delivered to Peter Neronha, AUSA on May 19th 2008.

/s/Mary S. McElroy, Esquire