**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA** :
:
:
**v.** : **CR. No. 07-138S**
:
:
**SOUVANH KEOSOUVANH** :

## GOVERNMENT'S RECORDINGS LIST

Pursuant to the Court's May 5, 2008 Pre-Trial Scheduling Order, set forth below is a list of and the required information concerning the recordings the government intends to offer in evidence in its case-in-chief at trial:

| **DATE OF RECORDING** | **PARTICIPANTS** | **APPROXIMATE LENGTH** |
|---|---|---|
| 3/28/07 (Meeting)<br>Exhibit 6 | Souvanh Keosouvanh<br>ATF S/A Wing Chau | 3 minutes |
| 4/2/07 (Meeting)<br>Exhibit 10 | Souvanh Keosouvanh<br>ATF S/A Wing Chau | 3 minutes |
| 4/5/07 (Meeting)<br>Exhibit 12 | Souvanh Keosouvanh<br>ATF S/A Wing Chau | 15 minutes |
| 4/13/07 (Meeting)<br>Exhibit 14 | Souvanh Keosouvanh<br>ATF S/A Wing Chau | 20 minutes |

| | | |
|---|---|---|
| 4/20/07 (Phone Call)<br><br>Exhibit 16 | Souvanh Keosouvanh<br>ATF S/A Wing Chau | 4 minutes |
| 4/24/07 (Phone Call)<br><br>Exhibit 17 | Souvanh Keosouvanh<br>ATF S/A Wing Chau | 8 minutes |
| 4/25/07 (Phone Call 1)<br><br>Exhibit 18 | Souvanh Keosouvanh<br>ATF S/A Wing Chau | 7 minutes |
| 4/25/07 (Phone Call 2)<br><br>Exhibit 19 | Souvanh Keosouvanh<br>ATF S/A Wing Chau | 3 minutes |
| 4/26/07 (Phone Call 1)<br><br>Exhibit 20 | Souvanh Keosouvanh<br>ATF S/A Wing Chau | 4 minutes |
| 4/26/07 (Phone Call 2)<br><br>Exhibit 21 | Souvanh Keosouvanh<br>ATF S/A Wing Chau | 2 minutes |
| 4/26/07 (Phone Call 3)<br><br>Exhibit 22 | Souvanh Keosouvanh<br>ATF S/A Wing Chau | 1 minute |
| 4/26/07 (Phone Call 4)<br><br>Exhibit 23 | Souvanh Keosouvanh<br>ATF S/A Wing Chau | 3 minutes |
| 4/26/07 (Body Wire)<br><br>Exhibit 28 | Souvanh Keosouvanh<br>Nheat Nhim<br>Vixay Phommarath<br>Khek Choummalaithong<br>ATF S/A Wing Chau | 31 minutes |
| 4/26/07 (Excerpt 1 From Car Recording Device)<br><br>Exhibit 30 | Souvanh Keosouvanh<br>Nheat Nhim<br>Vixay Phommarath<br>Khek Choummalaithong | 3 minutes |

| | | |
|---|---|---|
| 4/26/07 (Excerpt 2 From Car Recording Device)<br><br>Exhibit 31 | Souvanh Keosouvanh<br>Nheat Nhim<br>Vixay Phommarath<br>Khek Choummalaithong | 3 minutes |
| 4/26/07 (Outside Video)<br><br>Exhibit 32 | Souvanh Keosouvanh<br>Nheat Nhim<br>Vixay Phommarath<br>Khek Choummalaithong<br>ATF S/A Wing Chau | 7 minutes |

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Peter F. Neronha

PETER F. NERONHA
Assistant U.S. Attorney
RI Bar No. 5327
U.S. Attorney's Office
50 Kennedy Plaza - 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
peter.neronha@usdoj.gov

Dated: May 20, 2008

Certificate of Service

I hereby certify that on the 20th day of May, 2008, a copy of the within "Government's Recordings List" was served by way of the Electronic Filing System on Mary S. McElroy, Esq.,

Assistant Federal Defender and Counsel for the Defendant, 10 Weybosset Street, 3rd Floor, Providence, RI 02903.

/s/ Peter F. Neronha
PETER F. NERONHA
Assistant U.S. Attorney
RI Bar No. 5327
U.S. Attorney's Office
50 Kennedy Plaza - 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
peter.neronha@usdoj.gov