**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS.** **CR 07-138-S**

**SOUVANH KEOSOUVANH**

---

# DEFENDANT'S MOTION FOR JUROR QUESTIONNAIRE

Defendant respectfully moves, pursuant to Fed. R. Crim. P. 24(a), that in an effort to insure a fair and impartial jury, this Court allow the use of the attached juror questionnaire. The questionnaire consists of several questions designed to identify racial bias or any other bias that would prevent a juror from impartially deciding the issues in this case.

This case has been reported on several times in the Providence Journal. In those articles Mr. Keosouvanh and the others arrested with him were referred to as gang members.

The questionnaire procedure is simple and works as follows: The jury administrator distributes the questionnaire to members of the jury pool, and the jurors complete the questionnaire privately in the jury room. The juror's number is placed at the top of the questionnaire. When the venire is brought into the courtroom, the questionnaires are collected and reviewed by counsel and the Court. Jurors who have answered the questionnaire in a way which disqualifies them may be immediately dismissed by the Court. The questionnaire actually saves time because all jurors who express racial bias can be eliminated immediately, obviating the need to discuss the issue at sidebar.

As grounds for this motion the defendant states

1. The defendant is Asian.

2. Jurors are less likely to admit racial bias when they know they will be required to discuss their answers with the judge and counsel at sidebar - as is the case when the Court asks the question among others in the courtroom.

3. Jurors are more likely to be honest when they are filling out a questionnaire privately.

SOUVANH KEOSOUVANH
By His attorney,

/s/Mary S. McElroy, Esquire
Assistant Federal Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281
(401) 528-4285 fax
Mary_mcelroy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within Motion to be delivered to Peter Neronha, AUSA by way of ECF filing on May 20th 2008.

/s/Mary S. McElroy, Esquire

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS.** **CR NO. 07-138-S**

**SOUVANH KEOSOUVANH**

---

**JURY QUESTIONNAIRE**
**PRELIMINARY INSTRUCTIONS**

Upon your oath or affirmation, you must give true and complete answers to all questions. These questions are not meant to ask unnecessarily about personal matters. Rather, these questions will help the Court determine whether you can be fair and impartial in deciding this case and will also provide information about you as a juror to help the parties select a jury. Part of the selection process depends on your ability and promise to follow the law as it is explained by the Court. Thus, some of the questions include descriptions of legal principles and ask whether you can conscientiously follow them.

Please answer each question by placing a check next to the correct response or by providing the information requested. Please write your assigned juror number in the space provided at the top fo each page, as indicated. Please try to write as legibly as possible. The Court instructs you not to discuss the questionnaire or your answers with your fellow jurors or anyone else. It is very important that the answers be yours and yours alone. Remember, there are no “right” or “wrong” answers; just be completely candid and truthful.

Please print all answers and do not write on the back of any page. Additional space for answers can be found on the blank sheet at the end of the questionnaire entitled “additional response”

**JUROR NUMBER _________**

**Part I. QUESTIONS ABOUT YOUR BACKGROUND**

**Part I asks questions about you, your background and general questions about your family**

1. Do you read and understand English? YES_______ NO _______

2. Do you have any physical problems (for example sight or hearing) or emotional problems that would interfere with your ability to serve? YES_________ NO__________

If yes please describe:_________________________________________________________

3. What is your age? __________ Are you: Male __________ Female__________

4. Where were you born? __________________________________________________

5. Are you:
   Married __________
   Partner/significant other__________
   Single __________
   Divorced/separated ___________
   Widow/Widower __________

6. **Level of Education**: What is the highest level of education you have completed?
   Circle one:
   a. Less than high school (last grade completed) __________
   b. High school or G.E.D.
   c. Trade School
   d. Some College/Associates Degree - field of study and/or degrees earned
   ________________________
   e. College - field of study and/or degrees earned ______________________
   f. Post Graduate - field of study and/or degrees earned_____________________

7. **Employment**. Are you (circle all that apply)

a. Employed full-time d. Retired g. Homemaker

b. Employed part-time c. Student h. Business owner

c. Unemployed/laid off f. Other (please specify)________________________

Describe your job title and responsibilities:

____________________________________________________________________

Approximate number of employees of your employer:_________________

8. **Family**

a. If married, spouse's occupation_________________________

b. Number of children:___________ Ages:______________

c. Do you or any members of your immediate family have any formal training in or have been employed in either law enforcement or the law? If yes, please describe:

____________________________________________________________________

____________________________________________________________________

**PART II** **Part II asks questions about your experiences with the criminal justice system and the Asian Community in Rhode Island**

9. **Prior experience in criminal justice system**

Have you or any member of your family, or a close friend, ever been the victim of a violent crime? If so please explain:

____________________________________________________________

____________________________________________________________

Have you, or any member of your family, or a close friend, ever been charged with a criminal offense? If so, please explain:

____________________________________________________________

____________________________________________________________

Do you believe that street crime is a serious problem in Rhode Island? If so, please explain:

____________________________________________________________

____________________________________________________________

10. **Asian community in Rhode Island**

a. Do you or any member of your family have friends that are part of the Asian Community in Rhode Island? If so, please explain:

____________________________________________________________

____________________________________________________________

b. Have you or any family member ever had a negative experience with any member of the Asian Community in Rhode Island. If so, please explain:

______________________________________________________________________

______________________________________________________________________

11. Have you heard or read anything about this case? If so please describe what you have heard and/or read.

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

12. If you have heard or read anything about this case, have you formed any opinions? If yes please explain.

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

**ADDITIONAL RESPONSE**

Please use this space to provide any additional information that is responsive to the questions in this questionnaire. You may also use this space to provide any other information that you believe may be helpful for the court or the attorneys in this case.