**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR. No. 07-138S** |
| | : | |
| **SOUVANH KEOSOUVANH** | : | |

**STIPULATION**

Souvanh Keosouvanh and the United States stipulate and agree that prior to April 26, 2007, Souvanh Keosuvanh had been convicted in a court of a crime punishable by a term of imprisonment exceeding one year.

SOUVANH KEOSOUVANH

________________________

MARY S. MCELROY, ESQ.

________________________

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

________________________
PETER F. NERONHA
Assistant U.S. Attorney