**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR-07-138S** |
| | : | |
| **SOUVANH KEOSOUVANH** | : | |

**GOVERNMENT'S RESPONSE TO "DEFENDANT'S MOTION IN LIMINE TO EXCLUDE REFERENCE TO GANG INVOLVEMENT"**

The defendant has moved to preclude "the government or any of its agents or witnesses" from referencing the defendant's involvement and membership in the Laos Pride street gang. The government does not intend to introduce such evidence in its case-in-chief, and will instruct its witnesses accordingly.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Peter F. Neronha
PETER F. NERONHA
Assistant U.S. Attorney
RI Bar No. 5327
U.S. Attorney's Office
50 Kennedy Plaza – 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
peter.neronha@usdoj.gov

Dated: May 27, 2008

Certificate of Service

I hereby certify that on the 27th day of May, 2008, a copy of the within "Government's Response To Defendant's Motion In Limine To Exclude Evidence Of Defendant's Alleged Gang Involvement" was served by way of the Electronic Filing System on Mary S. McElroy, Esq., Assistant Federal Defender and Counsel for the Defendant, 10 Weybosset Street, 3rd Floor, Providence, RI 02903.

/s/ Peter F. Neronha
PETER F. NERONHA
Assistant U.S. Attorney
RI Bar No. 5327
U.S. Attorney's Office
50 Kennedy Plaza – 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
peter.neronha@usdoj.gov