**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| | : | |
| **v.** | : | **CR-07-138S** |
| | : | |
| | : | |
| | : | |
| **SOUVANH KEOSOUVANH** | : | |

**GOVERNMENT'S OPPOSITION TO "DEFENDANT'S MOTION FOR JUROR QUESTIONNAIRE"**

The defendant has moved the Court to use a written questionnaire in connection with jury selection in this case. Essentially, the defendant argues that such a procedure is necessary to avoid seating jurors who may be biased against the defendant because he is Asian. The government disagrees that such a procedure is necessary to seat an unbiased jury. There is no reason to think that jurors are more likely to express any bias in writing rather than orally. Indeed, one might conclude that a person would be less likely to put such bias in writing. In contrast to the few recent public corruption cases where written questionnaires have been used, this case has not been the subject of a media blitz. This case is fairly typical of the cases that come before this Court. Were one to follow the defendant's proposed procedure in this case, a written questionnaire would be required in virtually every criminal case in order to weed out one form of bias or another.

There is no reason to depart from the Court's usual procedures here. Using the procedure the defendant suggests would merely be a waste of time, and the Court should decline the invitation to use it.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Peter F. Neronha
PETER F. NERONHA
Assistant U.S. Attorney
RI Bar No. 5327
U.S. Attorney's Office
50 Kennedy Plaza – 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
peter.neronha@usdoj.gov

Dated: May 27, 2008

Certificate of Service

I hereby certify that on the 27th day of May, 2008, a copy of the within "Government's Opposition To Defendant's Motion For Juror Questionnaire" was served by way of the Electronic Filing System on Mary S. McElroy, Esq., Assistant Federal Defender and Counsel for the Defendant, 10 Weybosset Street, 3rd Floor, Providence, RI 02903.

/s/ Peter F. Neronha
PETER F. NERONHA
Assistant U.S. Attorney
RI Bar No. 5327
U.S. Attorney's Office
50 Kennedy Plaza – 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
peter.neronha@usdoj.gov