UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 07-138S |
| | ) | |
| SOUVANH KEOSOUVANH | ) | |

---

**MOTION FOR SENTENCE CONSIDERATION**

Now comes Souvanh Keosouvanh, the Defendant in the above captioned matter, and moves this Honorable Court, pursuant to Local Rule of Criminal Procedure 32 (2006), to consider and impose a sentence that is sufficient but not greater than necessary, in compliance with 18 U.S.C. §3553(a). After considering all the appropriate information present in this case, the Court should conclude that the advisory guidelines call for a sentence longer than what is necessary to comply with 18 U.S.C. § 3553(a). Mr. Keosouvanh requests that the Court impose a sentence of 180 months in custody, followed by an appropriate term of supervised release. The proposed sentence adequately addresses society's need for punishment and deterrence as well as Mr. Keosouvanh's and society's interests is assuring his rehabilitation without being a longer term of imprisonment than necessary.

                                                                       Respectfully submitted
                                                                       Souvanh Keosouvanh
                                                                       By his attorney,

                                                                       /s/ Mary S. McElroy
                                                                       Mary S. McElroy, 4830
                                                                       Assistant Federal Defender
                                                                       10 Weybosset St., Ste. 300
                                                                       Providence, RI 02903
                                                                       (401) 528-4281
                                                                       FAX 528-4285
                                                                       mary_mcelroy@fd.org

## CERTIFICATION

I hereby certify that I filed and served a copy of the within on Kenneth Madden, AUSA, Kristin Mattias, USPO on the 14th day of October 2009.

/s/ Mary S. McElroy