UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**SOUVANH KEOSOUVANH,**<br>**Defendant.** | Criminal Case No.  07-000138 WES |

**MEMORANDUM IN SUPPORT OF GOVERNMENT'S MOTION TO REDUCE TERM OF SUPERVISED RELEASE**

Souvanh Keosouvanh appeared before the Rhode Island District Court on December 16, 2008, and was found guilty of Conspiracy to Possess with Intent to Distribute Cocaine in violation of Title 21 U.S.C. Sections 841(a)(1) and (b)(1)(A) (Count I), Possession of a Firearm in Furtherance of a Drug Trafficking Crime in violation of Title 18 U.S.C. Section 924(c)(Count II), Conspiracy to Obstruct, Delay, and Affect Commerce by Robbery in violation of Title 18 U.S.C. Section 1951 (Count III), Possession of a Firearm in Furtherance of a Crime of Violence in violation of Title 18 U.S.C. Section 924(c) (Count IV), Felon in Possession of a Firearm in violation of Title 18 U.S.C. Section 922(g)(1) (Count V), and Distribution of Methylenedioxymethamphetamine in violation of Title 18 U.S.C. Sections 841(a)(1) and (b)(1)(c) (Counts VI – IX). On October 23, 2009, Judge William E. Smith, sentenced Mr. Keosovanh to a total of 220 months incarceration followed by 5 years of supervised release.

On December 21, 2023, while on supervised release, Mr. Keosouvanh entered into the H.O.P.E. (Helping Offenders Prepare for reEntry) Court program, which he will successfully complete on January 16, 2025. Based upon Mr. Keosouvanh's anticipated successful completion of that program, the government now moves for a reduction of the previously imposed term of supervised release by one year.

**Argument**

The Court may terminate a term of supervised release and discharge the defendant at any

time after the expiration of one year of supervised release. 18 U.S.C. § 3583(e)(1). In order to grant such relief, the Court must be satisfied that the early termination is warranted by the conduct of the defendant and the interests of justice. Id.

As of January 16, 2025, Mr. Keosouvanh will have completed all four phases of H.O.P.E. Court and will graduate from the program on that same day. Based upon that accomplishment, the government believes that the interests of justice would be well served if this Court agrees to reduce Mr. Keosouvanh's term of supervised release by one year.

**Conclusion**

For all of the reasons set forth above, the government respectfully requests that the Court enter an Order reducing Mr. Keosouvanh's term of supervised release by one year.

Respectfully submitted,

ZACHARY A. CUNHA
United States Attorney

/s/ Peter I. Roklan
PETER I. ROKLAN
Assistant U.S. Attorney
United States Attorney's Office
One Financial Plaza 17th Floor
Providence, RI 02903
401-709-5000 (office)
peter.roklan@udsoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on the 15th day of January 2025, I caused the within Government's Motion to be filed electronically and it is available for viewing and downloading from the ECF system by defendant's attorney.

    /s/ Peter I. Roklan
PETER I. ROKLAN
Assistant U.S. Attorney
United States Attorney's Office
One Financial Plaza 17th Floor
Providence, RI 02903
401-709-5000 (office)
peter.roklan@udsoj.gov